# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RALPH M. PROVINO,<br><br>                Plaintiff,<br>    v.<br>TEXAS GOVT, *et al.*,<br><br>                Defendants. | Case No. 3:21-cv-00427-MMD-CLB<br><br>ORDER |

This matter is referred to the Court for the limited purpose of determining whether *in forma pauperis* status should continue on appeal. (ECF No. 18.) This Court certifies that any *in forma pauperis* appeal from its order of dismissal would be frivolous or would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). Plaintiff R. Max Provino's *in forma pauperis* status should be revoked on appeal. *See Hooker v. Am. Airlines,* 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is appropriate where district court finds the appeal to be frivolous).

DATED THIS 16th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE